NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1130

ORION IP, LLC,

Plaintiff-Appellee,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:05-CV-322, Judge Leonard Davis.

ON MOTION

Before MOORE, Circuit Judge.

O R D E R

Hyundai Motor America moves for a 62-day extension of time, until May 18, 2009, to file its brief. Orion IP, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR  2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Kenneth C. Bass, III, Esq.
      Gene C. Schaerr, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2009

JAN HORBALY
CLERK